IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANDRE MCCLINTON,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:15-cv-00817-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 24)<br><br>DEADLINE: JULY 25, 2019 |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before July 25, 2019.

IT IS SO ORDERED.

Dated: __**April 25, 2019**__　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1